IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CV 114-108 |
| $5,000.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT AND
## FINAL ORDER OF FORFEITURE AND DISTRIBUTION

Plaintiff, the United States of America, has moved this Court, pursuant to Fed. R. Crim. P. 55, for the entry of a Default Judgment and Final Order of Forfeiture and Distribution against the Defendant $5,000.00 in U.S. Currency ("Defendant Currency") as well as against Matilda F. Gordon, Gregore Andrew Gordon, their heirs, successors and assigns and all other persons and entities having an interest in the Defendant Currency. Plaintiff has shown that there was reasonable cause to seize the Defendant Property; that a Verified Civil Complaint for Forfeiture In Rem was filed pursuant to 21 U.S.C. § 881(a)(6) because it constitutes (1) money, negotiable instruments, securities and other things of value furnished and intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; (2) proceeds traceable to such an exchange; and/or (3) money, negotiable instruments, and securities used and intended to be used to facilitate a violation of the Controlled Substances Act; and

that all other unknown potential claimants have been served by publication. As reflected by the record in this case, all persons and entities having interest in the Defendant Currency have failed to appear, file a claim or answer, or otherwise defend the action. No person with standing is before the Court with cause to show why judgment by default should not be granted to the United States of America and against the Defendant Currency. Furthermore, no person with standing is before the Court to object to the United States' Application for Default Judgment and Motion for Final Order of Forfeiture and Distribution.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The United States' Application for Default Judgment and Motion for Final Order of Forfeiture and Distribution are GRANTED;

2. The Defendant Currency is hereby condemned and forfeited to the United States of America, and all right, title, claim and interest to the Defendant Currency by Matilda F. Gordon, Gregore Andrew Gordon, their heirs, successors and assigns and all other persons and entities are vested in the United States of America;

3. Matilda F. Gordon, Gregore Andrew Gordon, their heirs, successors and assigns and all other persons and entities are forever barred from asserting a claim against the Defendant Currency;

4. The U.S. Marshals Service or an authorized designee shall dispose of the Defendant Property according to law and regulatory procedures;

5. The U.S. Marshals Service or an authorized designee shall pay from the Defendant Currency all expenses of the Department of Justice and U.S. Marshals Service related to the seizure and forfeiture of the Defendant Currency;

6. The remaining portion of the Defendant Currency shall be deposited by the U.S. Marshals Service into the Department of Justice Asset Forfeiture Fund in accordance with 28 U.S.C. § 524(c); and

7. The Clerk is hereby directed to enter judgment pursuant Rule 58 of the Federal Rules of Civil Procedure upon the same terms and conditions as outlined in this Default Judgment and Final Order of Forfeiture and Distribution.

SO ORDERED, this 10th day of March, 2015, in *United States of America v. $5,000.00 in U.S. Currency*, CV114-108.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA